UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRISTIAN GARCIA,<br><br>                          Plaintiff,<br><br>  v.<br><br>SPARKS POLICE DEPARTMENT OFFICER J. TAVCAR, *et al.*,<br><br>                        Defendants. | 3:23-cv-00308-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 8 |

      Before the court is Plaintiff's Motion to Serve Officer J. Tavcar. (ECF No. 8.) Plaintiff requests the court attempt to re-serve Officer J. Tavcar at the Sparks Police Department.

      Good cause appearing, Plaintiff's Motion to Serve Officer J. Tavcar (ECF No. 8) is **GRANTED** to the extent as follows:

      (1) The Clerk of Court shall **ISSUE** a summons for Officer Tavcar, **and deliver the same,** to the U.S. Marshal for service. The Clerk also shall **SEND** a copy of the complaint and this Order to the U.S. Marshal for service on Officer Tavcar. The Clerk shall **SEND** to Plaintiff a USM-285 form. Plaintiff has **21 days** within which to furnish the U.S. Marshal the completed USM-285 form with relevant information for Officer Tavcar. The completed form shall be sent to the U.S. Marshal at 400 S. Virginia Street, Second Floor, Reno, Nevada 89501. Within **20 days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, if the Defendant was not served, and if Plaintiff wants service to be attempted again, he must file a motion

with the court providing a more detailed name and/or address for service or indicating that other method of service should be attempted.

(2) The deadline to serve Officer Tavcar shall be extended to and including **Friday, December 1, 2023.** If Plaintiff requires additional time to meet any of the deadlines set by the court, he must file a motion for extension of time under Local Rule 1A 6-1 *before* the expiration of the deadline, and the motion must be supported by a showing of good cause. A motion filed after a deadline set by the court or applicable rules will be denied absent a showing of excusable neglect.

**IT IS SO ORDERED.**

DATED: October 2, 2023.

_____
UNITED STATES MAGISTRATE JUDGE