UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRISTIAN GARCIA,<br><br>             Plaintiff,<br><br>     vs.<br><br>SPARKS POLICE DEPARTMENT,<br>OFFICER J. TAVCAR, et al.,<br><br>             Defendants. | Case No. 3:23-CV-00308-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and through the parties and their counsel of record, that the above-referenced matter is hereby dismissed with prejudice; and

   IT IS FURTHER STIPULATED that all parties are to bear their own attorney fees and costs.

   IT IS SO STIPULATED this 26th day of February, 2024.

By:   /s/ Cristian Garcia
        CRISTIAN GARCIA
        *Plaintiff*

By:   /s/ Mariah Northington
        MARIAH NORTHINGTON
        Senior Assistant City Attorney
        *Attorney for Defendants*

Garcia, et. al.
3:23-CV-00308-ART-CSD

**ORDER**

IT IS SO ORDERED the above-referenced matter is hereby dismissed with prejudice; and;

IT IS FURTHER ORDER that all parties are to bear their own attorney fees and costs.

IT IS SO ORDERED.

DATED: March 4, 2024

ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE